Marshall J. Hendrickson (#12549)
T. Ryder Hathaway (#17527)
STRONG & HANNI
102 South 200 East, Suite 800
Salt Lake City, Utah 84111
Telephone: (801) 532-7080
Facsimile: (801) 596-1058
mhendrickson@strongandhanni.com
rhathaway@strongandhanni.com
*Attorneys for the Defendant*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PEDRO CAMACHO NEGRETE,<br><br>    Plaintiff,<br><br>vs.<br><br>MID-CENTURY INSURANCE COMPANY, ET AL.,<br><br>    Defendant. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br><br>Case No. 2:23-cv-00220<br>Judge Dale A. Kimball |

The parties stipulate that plaintiff Pedro Camacho Negrete's complaint and claims against defendant Mid-Century Insurance Company have settled and resolved in full. The parties move the Court to dismiss the complaint and all claims between them with prejudice, on the merits, and with each party to bear their own costs and fees.

DATED April 3, 2025.

                                    STRONG & HANNI

                                    */s/ Marshall J. Hendrickson*
                                    Marshall J. Hendrickson
                                    T. Ryder Hathaway

DATED April 3, 2025.

                                                **CARLSON INJURY LAW**

                                                */s/ Mark L. Carlson (with permission)*
                                                Mark L. Carlson

**CERTIFICATE OF SERVICE**

On April 3, 2025, I served a copy of **STIPULATED MOTION TO DISMISS** by the method below to:

| | | |
|---|---|---|
| Mark L. Carlson | (X) | Electronic Filing Notification |
| Carlson Injury Law | ( ) | U.S. Mail, Postage Prepaid |
| 2019 West 1900 South, Suite 100 | ( ) | Hand Delivered |
| Syracuse, Utah 84075 | ( ) | Overnight Mail |
| mark.carlson@carlsoninjuryfirm.com | ( ) | Facsimile |
| *Attorney for Plaintiff* | ( ) | Email |

*/s/ Marshall J. Hendrickson*